UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
BRUCE SCHWARTZ,

                Plaintiff,      14 Civ. 9525 (KPF)

           v.                           ORDER

HSBC BANK USA, N.A.,

                Defendant.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record at the conference held on February 23, 2016, this matter is hereby STAYED pending the earlier of (i) the United States Supreme Court's decision in *Spokeo, Inc.* v. *Robins*, or (ii) the issuance of notification from the Supreme Court that it will not be deciding *Spokeo* in the current term. Within seven days of either such a decision or notification, the parties are directed to submit a joint letter to the Court informing the Court of *Spokeo*'s status, apprising the Court of any settlement conversations that may have occurred in the interim, and proposing dates for a conference to discuss next steps in this matter.

    The Clerk of Court is directed to STAY this matter, and to move this case to the Suspense Docket.

    SO ORDERED.

Dated:    February 23, 2016
            New York, New York

                                                                 KATHERINE POLK FAILLA
                                                                   United States District Judge