Who We  
What We're  
Newsroom  
Careers  
Doing Business with  

Search


| About

- National News
- Local News
- Electronic News Kits
- Testimony & Speeches
- Broadcast Downloads
- Audio Downloads
- Events Calendar
- Photo Gallery
- Service Alerts

## 2013 Postal Holidays

- **Tuesday, January 1** – New Year's Day
- **Monday, January 21** – Martin Luther King, Jr. birthday (observed)
- **Monday, February 18** – Washington's birthday (observed)
- **Monday, May 27** – Memorial Day
- **Thursday, July 4** – Independence Day
- **Monday, September 2** – Labor Day
- **Monday, October 14** – Columbus Day
- **Monday, November 11** – Veterans' Day (observed)
- **Thursday, November 28** – Thanksgiving Day
- **Wednesday, December 25** – Christmas Day

Cited in Schwartz v HSBC Bank US 14Civ9525 Decided 2/9/15
Archived on 2/17/16
This document is protected by copyright.
Further reproduction prohibited without permission.

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

Copyright© 2016 USPS. All Rights Reserved.

**ON ABOUT.USPS.COM**
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›
Site Index ›

**ON USPS.COM**
USPS.com Home ›
Buy Stamps & Shop ›
Print Labels with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›