USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>June 9, 2016</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

BRUCE SCHWARTZ, *individually and on behalf of all others similarly situated,*

                Plaintiff,

v.

HSBC BANK USA, N.A.,

                Defendant.

------------------------------------------------------X

14 Civ. 9525 (KPF)

<u>ORDER</u>

KATHERINE POLK FAILLA, District Judge:

      Pursuant to the conference held on June 9, 2016, Defendant is directed to submit its motion to dismiss on or before **July 11, 2016**. Plaintiff is directed to submit his brief in opposition on or before **August 10, 2016**. Defendant is directed to submit its reply on or before **August 24, 2016**. Plaintiff is additionally directed to submit a letter to the Court no later than **June 23, 2016**, informing the Court of whether he intends to file a Second Amended Complaint, and, if so, (i) providing the basis for the proposed amendment, and (ii) stating whether Defendant consents to the amendment.

      The Clerk of Court is directed to unstay this case and restore it to the active docket.

      SO ORDERED.

Dated:    June 9, 2016
             New York, New York

*/s/ Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge