**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY & CA)　　　　　　　　　　26 Broadway, 21st Floor
Jonathan R. Miller, Associate (Admitted in NY, MO & NC)　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

November 22, 2016

Via ECF & Email: Failla_NYSDChambers@nysd.uscourts.gov
Honorable Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

Re:　*Schwartz v. HSBC Bank USA, N.A.*, Case No. 14-CV-9525 (KPF)

Dear Judge Failla:

As Plaintiff's counsel in the above-referenced case, I am attaching, as Exhibit A, a copy of the recent Opinion & Order of the Honorable Nelson S. Roman, U.S.D.J., in *Bellino v. JP Morgan Chase Bank, N.A.*, No. 14-CV-3139, 2016 WL 5173392 (S.D.N.Y. Sept. 20, 2016). Judge Roman denied a motion for summary judgment under *Spokeo, Inc. v. Robins*, ___ U.S. ___, 136 S.Ct. 1540, 194 L.Ed.2d 635 (2016), for alleged lack of standing on grounds that are equally applicable here.

Because the pending *Spokeo*-triggered motion to dismiss has been fully briefed, I am submitting Judge Roman's Opinion & Order without argument.

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:　All Attorneys of Record (via ECF & Email)