

Louis Smith, Esq.
Tel. (973) 360-7900
Fax (973) 301-8410
smithlo@gtlaw.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 28, 2016

November 28, 2016

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Room 2103.
New York, NY 10007

        Re:    **Schwartz v. HSBC Bank USA, N.A.**
                **Civil Action No. 14-cv-9525 (KPF)**

Dear Judge Failla:

      We represent defendant HSBC Bank USA, N.A. ("HSBC") in the above-captioned matter. In connection with HSBC's pending motion to dismiss the Second Amended Complaint for lack of standing (D.E. 51), we submit the Second Circuit's decision in *Strubel v. Comenity Bank*, 2016 WL 6892197 (2d Cir. Nov. 23, 2016). In light of this decision, HSBC respectfully requests that the parties be afforded leave to submit supplemental briefs in connection with the pending motion to dismiss.

      Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      s/ Louis Smith
                                      Louis Smith

Encl.

cc:    Brian L. Bromberg, Esq. (via ECF)
       Harley J. Schnall, Esq. (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

Application GRANTED. Both parties shall file supplemental letter briefs regarding whether, and if so how, the Second Circuit's decision in *Strubel* v. *Comenity Bank* affects the pending motion to dismiss. The letter briefs shall be no more than five pages each and are due **December 16, 2016.**

Dated: November 28, 2016  SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE