UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>HSBC BANK USA, N.A.<br><br>     Defendant. | No. 14 CIV 9525 (KPF)<br><br>**NOTICE OF CROSS-APPEAL** |

  Notice is hereby given that Defendant HSBC Bank USA, N.A. ("HSBC") cross-appeals to the United States Court of Appeals for the Second Circuit from all portions of the February 9, 2016 Opinion and Order of the Honorable Katherine Polk Failla, United States District Judge (Dkt. No. 38) denying HSBC's Motion to Dismiss the Amended Complaint.

  A copy of the February 9, 2016 Opinion and Order appealed from is attached hereto as <u>Exhibit A</u>.

Dated:  July 26, 2017     Respectfully submitted,

             **GREENBERG TRAURIG, LLP**

             By: /s/ *Louis Smith*
               Louis Smith
             500 Campus Drive, Suite 400
             Florham Park, New Jersey 07932
             Tel:  973.360.7900

Fax:  973.301.8410  
Email: smithlo@gtlaw.com  
*Attorneys for Defendant*  
*HSBC Bank USA, N.A.*