## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>HSBC BANK USA, N.A.<br><br>      Defendant. | No. 14 CIV 9525 (KPF)<br><br>**CERTIFICATE OF SERVICE** |

Louis Smith hereby certifies that on this date, July 26, 2017, I caused Defendant HSBC Bank USA, N.A.'s Notice of Cross-Appeal and its Exhibit A to be served upon all counsel of record via the Court's ECF system.

            By: /s/ *Louis Smith*
               Louis Smith

            Greenberg Traurig, LLP
            500 Campus Drive, Suite 400
            Florham Park, New Jersey 07932
            Tel: 973.360.7900
            Fax: 973.301.8410
            Email: smithlo@gtlaw.com
            *Attorneys for Defendant*
            *HSBC Bank USA, N.A.*

Dated: July 26, 2017